UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO.3:14-cr-140-J-32MCR |
|---|---|
| v. | |
| TIMOTHY RICHARD STACY | |

**Counsel for Government:** Kelly Karase

**Counsel for Defendant:** William J. Dorsey

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Marielena Diaz
**Court Reporter:** Shannon Bishop
**U.S. Probation:** Irish Anderson

### CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**
_____ Evidentiary/contested: _____
_____ United States' witnesses: _____
_____ Defendant's witnesses: _____
_____ United States' exhibits filed in evidence: _____
_____ Defendant's exhibits filed in evidence: _____
_____ Court's exhibits filed: _____
_____ Defendant's exhibits filed in evidence: _____
__X__ Plea previously accepted.
__X__ Defendant adjudged guilty on Count **One (1) of the Information**
__X__ Imprisonment: **SIXTY (60) MONTHS.**
__X__ Court recommends confinement at: **FCI Butner, NC.**
_____ Court recommends to the BOP that defendant receive substance abuse treatment.
__X__ Defendant receive traditional mental health treatment as well as sexual offender treatment consistent with child pornography conviction.
__X__ Defendant has substantial medical conditions which need to be monitored carefully. The Court has attached to the Presentence Investigation Report relevant medical records of defendant.
__X__ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
__X__ Supervised Release: **TEN (10) YEARS. However, after five (5) years of supervised release, the Probation Office should review defendant's progress on supervised release to determine if it is still necessary.**
_____ Probation: _____
__X__ Special Assessment: **$100.00** to be paid immediately.
_____ Restitution: _____
__X__ Special conditions of supervised release/probation: _____
    _____ Defendant shall provide the Probation Officer access to any requested financial information.
    _____ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
    _____ Defendant shall participate as directed in a program of mental health treatment.
    _____ Defendant shall participate as directed in a program for substance abuse treatment.
    _____ Defendant shall participate in the Home Detention program for a period of _____
    _____ Defendant shall perform _____ hours of community service as directed by the

1

Probation Officer.

     \_\_\_\_\_ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
     __X__ Mandatory drug testing suspended. Defendant poses a low risk.
     __X__ Defendant shall cooperate in the collection of DNA as directed by the probation officer.
     __X__ The defendant shall participate in a traditional mental health program as well as in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.
     __X__ The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title 1 of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.
     __X__ The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, day-care centers, theme parks, playgrounds, etc.
     __X__ The defendant is prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.
     __X__ The defendant shall not possess or use a computer with access to any on line service at any location (including employment) without written approval from the probation officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. The inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.
     __X__ The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.
     __X__ The defendant shall not attempt to contact or have any contact with the victim in the "Vicky Series".

__X__ Count Two (2) of the Information is dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
\_\_\_\_\_ Defendant is remanded to the custody of the U.S. Marshal.
__X__ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
__X__ Defendant advised of right to appeal and to counsel on appeal.
\_\_\_\_\_ Other:

DATE: January 29, 2015                  TIME: 10:01 a.m. - 12:38 p.m.